## 17334

GEORGE H. MOMEIER, Plaintiff, v. JOHN McALISTER, Inc., a South Carolina Corporation, James A. McAlister, John McAlister and McAlister Realty Company, a South Carolina Corporation, Defendants, *Ex parte* ERNESTINE D. MOMEIER, individually and as executrix of the Estate of George H. Momeier, Carmelina S. Thompson and Helen Clark Wilson, Petitioners-Appellants, v. JOHN McALISTER, Inc., a South Carolina Corporation and McAlister Realty Company, a South Carolina Corporation, Defendants-Respondents

(90 S. E. (2d) 177)

*Messrs. Augustine T. Smythe* and *Joseph H. McGee, Jr.,* of Charleston, *for Appellants,*

*Ernest F. Hollings, Esq.,* of Charleston, *for Respondents,*

534

July 29, 1957.

PER CURIAM.

The Order of the lower Court has been carefully considered in the light of the record and the Exceptions. The issues presented by the Exceptions were correctly decided by the lower Court. The Exceptions are overruled and the Order of the lower Court is adopted as the judgment of this Court. Let it be reported.